IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-151 |
| | : | |
| TEXAS CHICKEN INC. | : | |

# ORDER

**AND NOW**, this 2nd day of March 2023, upon consideration of Plaintiff Natasha Collins's Motion to proceed *in forma pauperis* (DI 5), *pro se* Amended Complaint (DI 6), and Exhibits attached to the Complaint (DI 1), it is **ORDERED**:

1.  Natasha Collins is **GRANTED** leave to proceed *in forma pauperis* (DI 5) pursuant to 28 U.S.C. § 1915.

2.  The Amended Complaint is **DEEMED** filed.

3.  The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. No leave to amend is granted.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**